United States District Court
Northern District of California

CHRISTINE J. ERICKSON,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Case No.: CV 13-00273-KAW

JUDGMENT

    This matter having been fully considered, and the Court having determined that Plaintiff has failed to exhaust her administrative remedies prior to filing this suit, thereby divesting the Court of subject matter jurisdiction,

    It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: May 24, 2013

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge